UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JEREMY MCLAUGHLIN, | Case No. 8:18-cv-00095-FFM |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT OF REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 4, 2018          /s/ Frederick F. Mumm
                          HON. FREDERICK F. MUMM
                          UNITED STATES MAGISTRATE JUDGE

-1-